UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JACK RAY SMITH,**

    Petitioner,

v.                                                        Case No. 5:21cv158-TKW-HTC

**MARK INCH, et al.**,

    Respondents.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 7). Petitioner requested, and was granted, additional time to file objections to the Report and Recommendation, *see* Doc. 9, but he did not file any. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the amended §2254 petition should be dismissed because it is an unauthorized successive petition.

Accordingly, it is **ORDERED** that the amended §2254 petition (Doc. 4) is **DISMISSED** as unauthorized; a certificate of appealability is **DENIED**; and the Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 24th day of November, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**